# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS J. AGUIRRE,**<br>　　　　Plaintiff**,**<br>　vs.<br>**CLARK E. DUCART, ET AL.,**<br>　　　　Defendants**.** | CASE NO. 17-cv-06898-YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT**<br><br>Re: Dkt. No. 14 |

On February 7, 2018, defendants filed a motion to dismiss plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(3) and 12(b)(6). (Dkt. No. 14 ("Motion to Dismiss").) On May 1, 2018, plaintiff filed an amended complaint. (Dkt. No. 22.)

In light of the filing of plaintiff's amended complaint, defendants' Motion to Dismiss is **DENIED AS MOOT**. Accordingly, the hearing set for June 5, 2018 is **VACATED**.

This Order terminates Docket Number 14.

**IT IS SO ORDERED.**

Dated: May 3, 2018

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**