# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LOUIS J. AGUIRRE,**<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>**CLARK E. DUCART, ET AL.,**<br><br>　　　　Defendants. | CASE NO. 17-cv-06898-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER**<br><br>Re: Dkt. No. 70 |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court has read and reviewed the Joint Case Management Statement submitted on May 10, 2019.[1] (Dkt. No. 70.) In light of the instant Order and the uncertainty of plaintiff's location, the Court will not schedule a case management conference at this juncture unless requested, and hereby sets the following pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | Not without Court permission upon showing of good cause |
| NON-EXPERT DISCOVERY CUTOFF: | February 11, 2020 |
| DISCLOSURE OF EXPERTS (RETAINED/NON-RETAINED): | Opening: March 12, 2020<br>Rebuttal: April 13, 2020 |
| EXPERT DISCOVERY CUTOFF: | May 14, 2020 |
| DISPOSITIVE MOTIONS[2] /DAUBERT MOTIONS TO BE FILED BY: | February 11, 2020 |
| TRIAL SETTING CONFERENCE | March 23, 2020 |

---

[1] In light of parties' submission, the Court **VACATES** the compliance hearing currently scheduled for Friday, May 17, 2019.

[2] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: May 14, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**