1  XAVIER BECERRA
   Attorney General of California
2  SHARON A. GARSKE
   Supervising Deputy Attorney General
3  ROBERT M. PERKINS
   Deputy Attorney General
4  State Bar No. 309192
     455 Golden Gate Avenue, Suite 11000
5    San Francisco, CA  94102-7004
     Telephone:  (415) 510-3557
6    Fax:  (415) 703-5843
     E-mail:  Robert.Perkins@doj.ca.gov
7  *Attorneys for Defendants*
   *S. Burris, C. Ducart, and J. Frisk*

**IT IS SO ORDERED**
Judge Yvonne Gonzalez Rogers
12/10/2020

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **LOUIS J. AGUIRRE,**<br><br>                                       Plaintiff,<br><br>     v.<br><br>**WARDEN CLARK E. DUCART, et al.,**<br><br>                                       Defendants. | 4:17-cv-06898-YGR<br>**ORDER GRANTING**<br>**STIPULATION FOR VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

    Plaintiff Louis J. Aguirre and Defendants D. Wilcox, D. Wells, S. Burris, C. Ducart, and J. Frisk stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) as to Defendants Wells and Defendant Wilcox.

    Each party shall bear its own litigation costs and attorney's fees.

    It is so stipulated.

Dated: December 1, 2020      */s/ Jeff Dominic Price*
                                          Jeffrey D. Price
                                          Attorney for Plaintiff Luis J. Aguirre

Dated: December 1, 2020      */s/ Robert M. Perkins, III*
                                          Robert M. Perkins, III
                                          Deputy Attorney General
                                          California Attorney General's Office
                                          Attorneys for Defendants
                                          *S. Burris, C. Ducart, and J. Frisk*

SF2018200015
42450764.docx

1

Stip. Voluntary Dismissal (Fed. R. Civ. P. 41(a)(1)(A)(ii))  (4:17-cv-06898-YGR)