**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **LOUIS J. AGUIRRE**,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**CLARK E. DUCART, ET AL.**,<br><br>　　　　　Defendants. | Case No.  4:17-cv-06898-YGR<br><br>**ORDER RE: NOTICE AND RESETTING MOTION HEARING**<br><br>Re: Dkt. No. 111, 126 |

The Court has received and reviewed the notice filed by the parties.  (Dkt. No. 126.)  Due to a clerical error, this case was previously administratively closed.  The Clerk of the Court is directed to correct this error by administratively reopening this case.  The Court further **RESETS** the motion hearing on the pending motion for summary judgment (Dkt. No. 111) to **January 12, 2021**.

**IT IS SO ORDERED.**

Dated: December 21, 2020

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE**